UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                                    Chapter   13

ANGELA COVE
                                                                               Case No. 17-43007-ESS

                                   Debtor(s)
-------------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

118-82 METROPOLITAN AVENUE KEW GARDENS, NY 11415
*[Identify the Property]*
LOAN # 4598 Caliber Home Loan, PO Box 619063 Dallas, TX 75261
*[Loan Number]*
LOAN # 9713 FCI Lender Services INC, P.O Box 27370 Anaheim, CA 92809
*[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: *Angela Cove*                              Date: July 6th, 2017
Print Name: ANGELA COVE
                       *[First and Last Name]*
Telephone Number: 914-686-4300
                                *[i.e. 999-999-9999]*
E-mail Address [if any]: info@ewaterslaw.com