# E. Waters & Associates, P.C.

**A NY Professional Corporation**
**Attorneys At Law**
**89-36 Sutphin Blvd. – Suite 301, Jamaica, NY 11435**
**Ph. (914) 686- 4300 // Fax (914) 517-2712**

| | |
|---|---|
| **New Jersey Office** | **Connecticut Office.** |
| E. Waters & Associates, P.C. | E. Waters & Associates, P.C. |
| The Alonso & Navarrete Bldg. | 3124 Avalon Drive West |
| 61-21 Kennedy Blvd. – 1st. Fl. | New Canaan, CT 06840 |
| North Bergen, NJ 07047 | |

July 28, 2017

Via: ECF

Hon. Elizabeth S. Stong
United States Bankruptcy Judge
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Courtroom 3585
Brooklyn, NY 11201-1800

**Re:    Angela Cove**
       **Case Number: 17-43007−ESS**

Honorable Judge:

Our office represents Angela Cove (the "Debtor") in the above referenced action.

On July 7, 2017, the debtor made a request to enter into a Loss Mitigation Program with creditor FCI Lender with reference to the Loan Number 9718 (Docket #13). On the same day, the Debtor revised its request to enter into the Loss Mitigation Program with FCI Lender (Docket #16).
This is to clarify that in Docket # 13, the Debtor by mistake put wrong Loan Number of 9713 in its Loss Mitigation Request. The correct **Loan Number is 9718** which is given in the Loss Mitigation Request filed as Docket # 16.

Thank you for your courtesy.

Very truly yours,


/s/ Rashmi Attri
_____
Rashmi Attri, Esq.