## E. Waters & Associates, P.C.

**A NY Professional Corporation**
**Attorneys At Law**
**89-36 Sutphin Blvd**
**Suite 301-304**
**Jamaica, NY 11435**
**Ph (914) 686-4300 – Fax (914) 517-2712**

| | |
|---|---|
| **New Jersey Office** | **Connecticut Office.** |
| **6121 Kennedy Blvd. – 1st. Fl.** | **3124 Avalon Drive West** |
| **North Bergen, NJ 07047** | **New Canaan, CT 06840** |

Rashmi Attri                                                                                          October 17, 2017
Associate

Via: ECF

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East – Courtroom 3585
Brooklyn, NY 11201
Tel. 347-394-1864

**Re:    Angela Cove**
       **Case Number: 17-43007−ESS**

Honorable Judge Elizabeth S. Stong:

Our office represents Angela Cove (the "Debtor") in the above referenced action.

This letter is to withdraw Debtor's request to enter the Loss Mitigation Program (Docket No. 16) with respect to 118-82 Metropolitan Avenue, Kew Gardens, New York 11415, Loan No. ending with 9718 with FCI Lender Services (the "Creditor").

The court is kindly requested to terminate the loss mitigation process because the Debtor is withdrawing her Loss Mitigation Request.

I thank the Court for its kind attention in this matter.

Thanks.

/s/ Rashmi Attri
_____
Rashmi Attri