UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE:                                              Chapter 13
                                                    Case No. 17-43007-ess
ANGELA COVE,

                        Debtor(s)

-------------------------------------------------------x

~~PROPOSED~~ ORDER GRANTING DEBTOR'S
APPLICATION FOR APPROVING LOAN MODIFICATION

Upon the motion **_(the "Motion")_** of the above Debtor, Angela Cove (the "Debtor"), by notice of presentment dated October 22, 2018, seeking an Order to Approve Loan Modification between Debtor and Creditor Caliber Home Loan; and, after due and sufficient notice, good cause having been shown and no adverse interest being represented, it is hereby

**ORDERED,** ~~that the Motion is granted, and~~ the Debtor may enter into the Loan Modification with Caliber Home Loan attached as Exhibit A ~~hereto~~ **_to the Motion_** (the "Modification Agreement"); and it is further

**ORDERED,** that the Chapter 13 Trustee Marianne DeRosa (the "Trustee") shall disburse funds in the amount of $12,814.44 (equivalent to $2,135.74 x 6 months under the Modification Agreement) by check payable to Caliber Home Loan Services, Inc., Attn: Loss Mitigation Modification, 13801 Wireless Way, Oklahoma City, OK 73134, delivered by regular mail; and it is further

**ORDERED,** that the Trustee shall not make any further payments on account of pre-petition arrearage on the claim filed by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust c/o Caliber Home Loans, Inc. on October 3, 2017 in the total amount of $442,340.52, reflected as Claim No. 7 on the PACER Claims Register.

**Dated: Brooklyn, New York**                    _____
**November 30, 2018**                            **Elizabeth S. Stong**
                                                 **United States Bankruptcy Judge**