**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**IN RE:**                                              **Chapter 13**
                                                        **Case No. 17-43007**
**ANGELA COVE**

                      Debtor(s)
-------------------------------------------------------x

## ~~PROPOSED~~ AMENDED ORDER GRANTING DEBTOR'S APPLICATION FOR APPROVING LOAN MODIFICATION

Upon the motion of the above Debtor, Angela Cove (the "Debtor"), by notice of presentment dated October 22, 2018, seeking an Order to Approve Loan Modification between Debtor and Creditor Caliber Home Loan *(the "Motion")*; and, after due and sufficient notice, good cause having been shown and no adverse interest being represented, it is hereby

**ORDERED,** that ~~the Motion is granted, and~~ Debtor may enter into the Loan Modification with Caliber Home Loan attached as Exhibit A ~~hereto~~ *to the Motion* (the "Modification Agreement"); and it is further

**ORDERED,** that the Chapter 13 Trustee Marianne DeRosa (the "Trustee") shall disburse funds in the amount of $8,542.96 ($2,135.74 x 4 months = $8,542.96) by check payable to Caliber Home Loan Services, Inc., Attn: Loss Mitigation Modification, 13801 Wireless Way, Oklahoma City, OK 73134, delivered by regular mail; and it is further

**ORDERED,** that the Trustee shall not make any further payments on account of pre-petition arrearage on the claim filed by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust c/o Caliber Home Loans, Inc. on October 3, 2017 in the total amount of $442,340.52, reflected as Claim No. 7 on the PACER Claims Register.

**Dated: Brooklyn, New York**
       **January 2, 2019**

                                                              **Elizabeth S. Stong**
                                                  **United States Bankruptcy Judge**