tmd3574/db
Return Date & Time:
MARCH 25, 2019 9:00 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X      Chapter 13 Case No: 117-43007-ESS
IN RE:

NOTICE OF MOTION

ANGELA COVE,

                  Debtor
-------------------------------------------------------------X


        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, Courtroom 3585 on MARCH 25, 2019 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. Section 1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) business days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.


Date:  Jericho, New York
       March 7, 2019


                            /s/ Marianne DeRosa
                            MARIANNE DeROSA, TRUSTEE
                            125 JERICHO TPKE, SUITE 105
                            JERICHO, NEW YORK 11753
                            (516) 622-1340

tmd3574/db

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

MARCH 25, 2019
9:00 AM

--------------------------------------------------------------X

IN RE:

Chapter 13 117-43007-ESS

ANGELA COVE,

APPLICATION

Debtor.

--------------------------------------------------------------X

TO THE HONORABLE ELIZABETH S. STONG, U.S. BANKRUPTCY JUDGE:

Marianne DeRosa, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 8, 2017, and, thereafter, Marianne DeRosa was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 Plan, (hereinafter "The Plan"), dated and filed with the Court on July 18, 2017, and reflected in the Court's docket as number 19 provides for a monthly Plan payment of $1,956.00 per month for a period of 60 months. Additionally, The Plan provides for full repayment to all filed secured, priority and general unsecured proofs of claim.

3. As of the date of this motion, the Debtor has failed to:

   a. provide the Trustee with a copy of an affidavit by the Debtor stating the Debtor has paid all amounts that are required to be paid under a domestic support obligation or that the Debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii)(A) and (B);

   b. provide the Trustee with a copy of affidavit from the Debtor stating whether the Debtor has filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii);

   c. file the original affidavits with the Court as required under subdivisions (b)(ii) and (iii) as required by E.D.N.Y. LBR 2003-1(c).

   d. comply with 11 U.S.C. §1325(a)(6) in that the Debtor has not submitted timely Chapter 13 plan payments to the Trustee, and is $11,729.34 in arrears through and including March 2019.

4. The Plan cannot be confirmed and as a result a delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

5. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order denying confirmation and dismissing this Chapter 13 case and such other and further relief as may seem just and proper.

Dated: Jericho, New York
      March 7, 2019

                            /s/ Marianne DeRosa
                             Marianne DeRosa, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X          Chapter 13 Case No: 117-43007-ESS
IN RE:

ANGELA COVE,

                                                                                          CERTIFICATE OF SERVICE
                                                                                                BY MAIL
                                            Debtor.
------------------------------------------------------------X


          This is to certify that I, DANI M. BOYER, have this day served a true, accurate and
correct copy of the within Notice of Motion and Application by depositing a true copy thereof
enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State, addressed to each of the following persons at the
last known address set forth after each name:

ANGELA COVE
118-82 METROPOLITAN AVENUE, UNTI #1-F
KEW GARDENS, NY 11415

EDWARD J. WATER, ESQ.
89-SUTPHIN BLVD, STE 301-304
JAMAICA, NY 11435

US BANK TRUST, NA
C/O ROBERTSON, ANSCHUTZ & SCHNEID, P. L.
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487


This March 7, 2019

/s/DANI M. BOYER
DANI M. BOYER, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Tpke, Suite 105
Jericho, New York 11753
(516) 622-1340

Index No:   117-43007-ESS
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────────────
IN RE:

ANGELA COVE,


Debtor.
─────────────────────────────────────────────

NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE

═════════════════════════════════════════════




MARIANNE DeROSA, TRUSTEE
125 JERICHO TPKE, SUITE 105
JERICHO, NEW YORK 11753
(516) 622-1340