EXHIBIT B

 SingleSource

# Exterior BPO

1000 Noble Energy Drive
Suite 300
Canonsburg, Pa 15317

| Property Address: | 11882 Metropolitan Ave, Unit 1F, KEW GARDENS, NY   11415 | | | | |
|---|---|---|---|---|---|
| Borrower | Cove Angela | Inspection Date | 12/4/2019 | Effective Date | 12/5/2019 |
| APN | ; | Loan # | | Order ID | |
| Company | Premier Metro Realty Corp | Name | | Azad Kafarov | |
| Phone | 718-717-2211 | Fax | 718-484-3733 | Email | azad@etalrealty.com |
| Address | 2964 Brighton 6th St BROOKLYN NY 11235 | Distance from the Subject | | | 9.7 Miles |

## I. General Conditions

| Property Type | Condo |
|---|---|
| Occupancy | Owner |
| Type of Ownership | Fee Simple |
| # Of Units | 1 |
| Data Source | Tax Records |
| Property Condition | Average |
| HOA | Yes |
| HOA Fees | $1 |
| HOA Assoc. Name | No assoc name |
| Land Value | $11,560 |
| Assessed Value | $115,502 |
| Annual Property Tax | $12,169 |
| Annual Appreciation | $0 |
| Phone | 917-000-0000 |
| Fees Include | |
| Monthly Rental Value | $2,700 |



### Subject Description

The subject is a condominium that is located at 11882 Metropolitan Ave #1F, Kew Gardens, NY 11415. It has 1415 sqft GLA and was built in 2002. The owner-occupant is Cove Angela that was sold last 01/16/2003 for $390,000.

### Repairs

| Category | Cost | | Category | Cost |
|---|---|---|---|---|
| Exterior Paint | $ | | Foundation | $ |
| Siding / Trim Repair | $ | | Fencing | $ |
| Exterior Doors | $ | | Landscaping | $ |
| Windows | $ | | Pool | $ |
| Garage | $ | | Other | $ |
| Roof / Gutters | $ | | Other | $ |
| Fire Damage | $ | | Other | $ |
| Total Estimated Exterior Repairs | | | $ | |

### Subject Condition and Repair Comments

The subject is in average condition with no repairs.

## II. Subject Sales and Listing History

| Currently Listed? | | No | By: | | // | | |
|---|---|---|---|---|---|---|---|
| List Date | | Orig List Price | | Current List Price | | MLS# | |
| | | $ | | $0 | | | |

### Prior History (36 Month)

| Original List Price | Original List Date | DOM | Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | $ | $ | |
| | | | | | $ | $ | |
| | | | | | $ | $ | |

### Analysis of Current and Prior Listing History:
There is no additional sale/listing that has occurred in the past 36 months.

## III. Neighborhood Market Data

| Location | Urban | Local Economy is | Stable | Housing Supply is | In Balance |
|---|---|---|---|---|---|
| Number of Lisiting is | | Stable | Normal Marketing Time | | Over 6 Months |
| Total # of Active Listings in the subject's specific MLS district | | | | | 15 |
| Total # of Sales in the subject's specific MLS district in the past 12 months | | | | | 10 |
| # of REO Sales in the subject's specific MLS district in the past 12 months | | | | | 0 |
| # of Boarded Properties on Subject Street | | | | | 0 |
| # of Rentals on the market in the subject's specific MLS district | | | | | 1 |
| Predominant Occupancy | | | | | Owner |
| Market for this type of property | | Remained Stable | | | |
| Market for this type of property REO% | | 0 | | | |
| Market for this type of property Short Sale % | | 0 | | | |
| Range of Value is this area: | | Low: $800,000 | | High: $1,050,000 | |
| Pride of Ownership | | Average | | | |
| Does agent feel there will be a Resale Problem? | | Yes | | | |
| Reason there will be a Resale Problem: | | It is located near a commercial establishments and traffic streets which will affect its marketability. | | | |
| Do any environmental issues affect the value of the property? | | | | | |

### Neighborhood Comments
The neighborhood consists of Abingdon Rd to the North, 84th Ave to the South, Brevoort St to the East and 118th St to the West. It is located near a commercial establishments and traffic streets which will affect its marketability. The market condition score is currently stable at this time.

## IV. Marketing Strategy

| Value | | 90-120 Day Value | Repaired Value | 30 Day Value |
|---|---|---|---|---|
| | Suggested List Price | $981,000 | $981,000 | $941,000 |
| | Probable Sales Price | $951,000 | $951,000 | $911,000 |

### Comments Regarding Pricing Strategy
I have to search for similar properties which are compared and recently sold to value the subject property. Given the most weight is given to sold comp 3 as it is similar in GLA. Due to a lack of similar comps in the area, it was unavoidable to overreach the GLA guidelines. This comp might be older or newer in construction, therefore it compensates the difference in age. There are no alike comps in the exact area, therefore, it was necessary to exceed the distance guidelines. I was not able to use 11882 Metropolitan Ave #7D located in the same building of the subject as it is inferior in GLA over 50% compare to the subject. HOA fee is unknown. Due to scarcity of condominium in the area, it is inevitable to expand distance search over 1 miles and GLA just to locate condo home since majority of the properties available in the area are cooperative properties. In order to find the most similar to the subject property, it is unavoidable to overreach the guidelines.

### Unique Property Conditions

The attached Broker Price Opinion (BPO) has been completed outside of The Uniform Standards of Professional Appraisal Practice (USPAP). The BPO is an evaluation tool and is not considered an appraisal of the market value of the property - it is an opinion of the probable sales price. SingleSource completes BPO requests for property listing, REO analysis, loan due diligence, modifications, etc to aid our servicing customers. SingleSource BPO reports are not eligible or appropriate for loan origination purposes.

## V. Current Listings

| Listing Comparables | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|
| Street Address | 11882 Metropolitan Ave, Unit 1F | 6945 108th St #8D | 8309 Talbot St #4F | 11201 Queens Blvd #7C |
| City | KEW GARDENS | Flushing | KEW GARDENS | Forest Hills |
| State | NY | NY | NY | NY |
| Zip Code | 11415 | 11375 | 11415 | 11375 |
| Miles to Subject |  | 1.5 | 0.2 | 0.9 |
| Community Name | No community name | No community name | No community name | No community name |
| Data Source | Tax Records | MLS | MLS | MLS |
| MLS Number | 03322-1005 | 89072495 | 89075021 | 31979611 |
| Original List Date |  | 11/10/2019 | 7/30/2019 | 10/3/2019 |
| Original List Price |  | 898,000 | 935,000 | 999,000 |
| Current List Price | 0 | 898,000 | 915,000 | 999,000 |
| Listing Type | Arms Length | Arms Length | Arms Length | Arms Length |
| Days On Market |  | 24 | 128 | 63 |
| Year Built | 2002 | 1955 | 1923 | 1991 |
| Condition | Average | Average | Average | Average |
| View | Residential | Residential | Residential | Residential |
| Style/Design | High rise condo | High rise condo | High rise condo | High rise condo |
| # of Units | 1 | 1 | 1 | 1 |
| Gross Living Area | 1,415 | 1,082 | 1,032 | 1,323 |
| Bedrooms | 2 | 2 | 3 | 2 |
| Baths/Half Baths | 2 / 0 | 1 / 0 | 2 / 0 | 2 / 0 |
| Basement | No | No | No | No |
| Basement Finished | Slab | Slab | Slab | Slab |
| Total Room # | 4 | 4 | 5 | 4 |
| Garage/Carport | 0 On Street | 0 On Street | 0 On Street | 0 On Street |
| Lot Size | 0 Acres | 0 Acres | 0 Acres | 0 Acres |
| Other | Located at 1st floor | Located at 8th floor | Located at 4th floor | Located at 7th floor |

### Comments on Listing Comparables

**Listing #1:** List comp 1 is both smaller to the subject in terms of GLA and age. FOREST ROYALE CONDO - SPONSOR'S SALE 8th FLOOR Oversized 2 Bedroom Full Bathroom Apartment Eastern Exposure Magnificent View Spectacular Renovation Custom Kitchen Granite Countertops Stainless Steel Appliances D/W Microwave Parquet Floors Custom Closets Crown moldings Doorman Ps 196 Three Blocks to Express Train. $5,000 in a full bath, -$7,000 in floor location. Total adjustment: $39,720 Total adjusted price: $937,720

**Listing #2:** The active comp 2 is both smaller to the subject when it comes to living area $34,470 and year built $19,750. This is an extremely rare oversized 3-bedroom / 2-bath condo in a beautiful Talbot Gardens. The building is conveniently located near Kew Gardens Cinema, express subway, LIRR, shops, restaurants and PS 99. This unit features pre-war charm, high ceilings, hardwood floors, wood-burning fireplace and huge rooms. Additionally, owners have access to a beautiful courtyard, roof-top deck, gym and laundry room. -$1,500 in a bed, -$3,000 in floor location. Total adjustment: $49,720 Total adjusted price: $964,720

**Listing #3:** This listing comp is similar the home area but smaller in home age $2,750. 2 bed 2 full bath 1323 sq. ft. corner unit 89 sq. ft. balcony washer dryer in unit. 12,000 sq. ft. health club, 60 ft. heated indoor lap pool, jacuzzi, steam room, sauna, professional massage room, full workout room, professional ping pong table, billiard room, media, room, resident's lounge, kids playroom. 2000 sq. ft. banquet room with full kitchen for parties, walk-in fridge for grocery deliveries, concierge service, 24 hr. doorman. -$6,000 in floor location. Total adjustment: -$3,250 Total adjusted price: $995,750

## VI. Recent Sales

| | Subject | Sale #1 | Sale #2 | Sale #3 |
|---|---|---|---|---|
| Street Address | 11882 Metropolitan Ave, Unit 1F | 11945 Union Tpke #7B | 6945 108th St #5B | 11201 Queens Blvd #17C |
| City | KEW GARDENS | Flushing | Flushing | Flushing |
| State | NY | NY | NY | NY |
| Zip Code | 11415 | 11375 | 11375 | 11375 |
| Miles to Subject | | 0.57 | 1.5 | 0.92 |
| Community Name | No community name | No community name | No community name | No community name |
| Data Source | Tax Records | Tax Record | Tax Record | Tax Record |
| MLS Number | 03322-1005 | 03347-1018 | 02220-1014 | 02264-1061 |
| Original List Price | $ | $905,000 | $920,000 | $1,015,000 |
| Original List Date | | 5/1/2019 | 4/14/2019 | 5/13/2019 |
| List Price at Sale | $ | $905,000 | $920,000 | $1,015,000 |
| Sale Price | $ | $890,000 | $900,000 | $990,000 |
| Closing Date | | 9/10/2019 | 9/16/2019 | 11/6/2019 |
| Type of Financing | Conv | Conv | Conv | Conv |
| Type of Sale | Arms Length | Arms Length | Arms Length | Arms Length |
| Days On Market | | 132 | 155 | 178 |
| Year Built | 2002 | 1971 | 1955 | 1991 |
| Condition | Average | Average | Average | Average |
| View | Residential | Residential | Residential | Residential |
| Style/Design | High rise condo | High rise condo | High rise condo | High rise condo |
| # of Units | 1 | 1 | 1 | 1 |
| Gross Living Area | 1,415 | 1,232 | 1,215 | 1,327 |
| Bedrooms | 2 | 2 | 2 | 2 |
| Baths/Half Baths | 2 / 0 | 2 / 0 | 2 / 0 | 2 / 0 |
| Basement | No | No | No | No |
| Basement Finished | Slab | Slab | Slab | Slab |
| Total Room # | 4 | 4 | 4 | 4 |
| Garage/Carport | 0 On Street | 0 On Street | 0 On Street | 0 On Street |
| Lot Size | 0 Acres | 0 Acres | 0 Acres | 0 Acres |
| Other | Located at 1st floor | Located at 8th floor | Located at 4th floor | Located at 7th floor |
| Overall Adjustment | | $18,220 | $25,750 | $-13,250 |
| Adjusted Value | | $908,220 | $925,750 | $976,750 |

### Comments on Sale Comparables

**Sale #1:** Sold comp 1 is both smaller to the subject in terms of GLA $16,470 and age $7,750. 11945 Union Tpke # 7B, Flushing, NY is a condo home that contains 1,232 sq ft and was built in 1971. This home last sold for $692,500 in August 2018. -$6,000 in floor location.

**Sale #2:** The sale comp 2 is both smaller to the subject when it comes to living area $18,000 and year built $11,750. two bed/two bath condo with terrace in luxury forest royale! heart of forest hills! just minutes from shops, subway & lirr! custom renovated! no detail overlooked! ps196 & ps303 school district! dog friendly! parking available! 1215 interior space! 68 sq foot terrace. -$4,000 in floor location.

**Sale #3:** This sold comp is similar in the home area but smaller in home age $2,750. BRING ALL OFFERS! Gorgeous and newly renovated high floor two bedroom corner unit at The Pinnacle, Forest Hills's most sought after luxury condominium, offers breathtaking unobstructed views for miles and miles through panoramic windows. This apartment features; colossal living room with dining area, 2 large balconies and 2 marble bathrooms. Given the most weight is given to sold comp 3 as it is similar in GLA. -$16,000 in floor location.

## VII. Subject Photograph Addendum


Subject Front


Subject Street


Subject Address

## VIII. Current Listings Photograph Addendum



**Current Listing 1**

6945 108th St #8D
Flushing,   NY  11375
Orig List Date: 11/10/2019
List Price: $898,000
Sq. Ft.: 1,082
Miles to Subject 1.5



**Current Listing 2**

8309 Talbot St #4F
KEW GARDENS ,NY11415
Orig List Date: 7/30/2019
List Price: $915,000
Sq. Ft.: 1,032
Miles to Subject 0.2



**Current Listing 3**

11201 Queens Blvd #7C
Forest Hills,   NY 11375
Orig List Date: 10/3/2019
List Price: $999,000
Sq. Ft.: 1,323
Miles to Subject 0.9

Case 1-17-43007-ess    Doc 62-2    Filed 12/10/19    Entered 12/10/19 14:06:50

## IX. Recent Sales Photograph Addendum



**Recent Sale 1**

11945 Union Tpke #7B
Flushing,   NY 11375
Closing Date: 9/10/2019
Sale Price: $890,000
Sq. Ft.: 1,232
Miles to Subject 0.57



**Recent Sale 2**

6945 108th St #5B
Flushing,   NY 11375
Closing Date: 9/16/2019
Sale Price: $900,000
Sq. Ft.: 1,215
Miles to Subject 1.5



**Recent Sale 3**

11201 Queens Blvd #17C
Flushing,   NY 11375
Closing Date: 11/6/2019
Sale Price: $990,000
Sq. Ft.: 1,327
Miles to Subject 0.92

X. Additional Photograph Addendum


Aerial map


View across the street


Street 2


Right side


Left side

## XI. Map

